## LAW OFFICE OF SAM A. SCHMIDT
**THE TRINITY BUILDING**
**111 BROADWAY**
**NEW YORK, N.Y.  10006**
**(212) 346-4666**
**FACSIMILE (212) 346-4665**
E-mail lawschmidt@aol.com

**Sam A. Schmidt, Esq.**
_____
Shameeda Mohamed, Paralegal

February 21, 2014

**VIA ECF**

Office of the Clerk
United States Court of Appeals
for the Second Circuit
500 Pearl Street
New York, New York 10007

Re: *United States v. Enriquillo Pena Pichardo*
Docket No: 14-258 Cr.

Dear Sir/Madam:

I am in receipt of the sentencing transcript relative to my client, Enriquillo Pena Pichardo. I am requesting that appellant's brief and appendix be filed no later than May 19, 2014.

If there are any questions, please do not hesitate to contact my office. Thank you for your consideration of this matter.

Sincerely,

/s/
Sam A. Schmidt